## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELVIN E. HURST AND** | * | |
| **DAISY C. HURST** | * | **CIVIL ACTION: 2:23-cv-01393** |
| | * | |
| **VERSUS** | * | **HON. GREG GERARD GUIDRY** |
| | * | |
| **USAA GENERAL INDEMNITY COMPANY** | * | **MAG. JUDGE MICHAEL NORTH** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

    **IT IS ORDERED** that Plaintiff, Melvin E. Hurst and Daisy C. Hurst's, claims against USAA General Indemnity Company, filed in the above numbered and entitled cause be and the same are hereby dismissed, with prejudice, each party to bear their own costs.

    **NEW ORLEANS, LOUISIANA,** this __19th__ day of __December__ 2023.

_____
**HONORABLE GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF LOUISIANA**

1

File No. 0334.0298